**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CARLOS ROMIOUS                                                 CIVIL ACTION

VERSUS                                                         NO.   16-3113

STATE OF LOUISIANA ET AL.                                      SECTION "A"(2)

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Romious's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** in part as to his complaints about his conditions of confinement that are not cognizable on federal habeas review; **DISMISSED WITH PREJUDICE** in part as time-barred to the extent he asserts claims challenging the underlying convictions and sentences in Jefferson Parish Case Nos. 11-5898 and 13-1511; and **DISMISSED WITHOUT PREJUDICE** in part for failure to exhaust state court remedies with regard to his claims challenging the probation revocation proceedings in Jefferson Parish Case No. 13-1511.

New Orleans, Louisiana, this _____21st_____ day of_____February_____, 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE